James D. Davis Jr.
29285 Pointe O' Woods Apt. 103
Southfield, Michigan 48034
(248) 327-6566  (313) 459-2287
In Pro Per

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| James Donald Davis Jr. | ) | CHAPTER 7 BANKRUPTCY CASE |
|  | ) | BANKRUPTCY CASE NUMBER: 12-42665 |
| PLANTIFF | ) |  |
|  | ) |  |
| vs. | ) | ADVERSARY PROCEDURE. NUMBER: |

U.S. Department of Education
Education Credit Management Corporation
The Education Resources Institute
National City Bank
Great Lakes Higher Education
Great Lakes Loan Service
Shermeta, Adams, and Von Allmen
Leading Edge Recovery
WYSE Financial Services
Academic Financial Services
ACS
Citi Bank
NCO Financial Systems
Van RU Corporation
ED Fund California Student Aid
Windham Professionals
Progressive Financial Services, Inc.
Credit Collection Service
Zwicker & Associates
Sun Trust C/O Intuition
Nelnet Loan Services
Florida Department of Education
Diversified Collection Service

)
) COMPLAINT FILED: April 30, 2012
)
DEFENDANTS )
)

COMPLAINT TO:
DETERMINE DISCHARGE OF DEBTS PURSUANT TO 11 U.S.C. §523(a)(8)

1. JAMES DONALD DAVIS JR., Debtor and Plaintiff in the above captioned adversary proceeding, represents as follows:

2. JAMES DONALD DAVIS JR. filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on February 7, 2012.  K.

1

Jin Lim is the duly appointed Chapter 7 bankruptcy trustee (176 S. Harvey Plymouth, MI 48170). This complaint seeks to discharge the total alternative/private credit status based student loans debts and the government student loans debts due to the undue hardship it imposes on the plaintiff's ability to maintain the minimum living standard if forced to pay the total student loans debts.

**JURISDICTION AND VENUE**

3. Jurisdiction exists under 28 U.S.C. §1334. Venue is proper under 28 U.S.C. §1409(a). The District Court has generally referred these matters to the Bankruptcy Court for hearing pursuant to 28 U.S.C. §157(A). This is a core proceeding within the meaning of 28 U.S.C. §157(B)(2)(I). This adversary complaint is brought pursuant to 11 U.S.C. §523(a)(8).

**PARTIES**

4. U.S. Department of Education - Debt Collection Service
San Francisco Service Center   50 Beale Street, #8629
San Francisco, CA 94105

5. U.S. Department of Education
P.O. Box 5609    Greenville, TX 75403-5609

5. U.S. Department of Education
Direct Loan Servicing Center
P.O. Box 4609    Utica, NY 13504 4609

6. U.S. Department of Education
Office of General Counsel
400 Maryland Ave   SW-Room 6E53    Washington D.C. 20202 2110

7. National City Bank
400 S. Crosstown Parkway    Kalamazoo, MI 49009
Alternative/Private Credit Based Loan: $42,780.00
Loan Guaranteed by The Education Resources Institute

8. The Education Resources Institute
Park Square Building    31 St. James   Suite 950   Boston, MA 02116
Alternative/Private Credit Based Loan: $42,780.00

2

Debt transferred to Great Lakes Higher Education

9. Great Lakes Higher Education
2401 International Lane   Madison, WI 53704 3192
Alternative/Private Credit Based Loan: $44,915.23
Debt transferred to Great Lakes Loan Service

10. Great Lakes Loan Service
P.O. Box 3059   Milwaukee, WI 53201 3059
Alternative/Private Credit Based Loan: $49,995.02

11. Shermeta, Adams, and Von Allmen
901 Tower Drive  Suite 400   Troy, MI 48098
Alternative/Private Credit Based Loan: $88,909.38

12. Leading Edge Recovery
5440 North Cumberland   Chicago, IL 60656
Alternative/Private Credit Based Loan:
$70,693.85 + $30,813.85 = $101,507.70
Debt transferred to WYSE Financial Services

13. WYSE Financial Services
3410 South Galena  Suite 250   Denver, CO 80231
Alternative/Private Credit Based Loan:
$75,937.10 + $32,487.19 = $108,424.29

14. Academic Financial Services
501 Bleecker   Utica, NY 13501
Alternative/Private Credit Based Loan: $23,147.00
Debt transferred to ACS

15. ACS
P.O. Box 7051   Utica, NY 13504 7051
Alternative/Private Credit Based Loan: $23,147.90

16. Citi Bank
P.O. Box 6191   Sioux Falls, SD 57104
Alternative/Private Credit Based Loan: $12,318.00
Debt transferred to OSI Education Service

17. OSI Collection Service (Now NCO Financial Systems)
1375 East Woodfield Road    Suite 110    Schaumburg, IL 60173
Alternative/Private Credit Based Loan: $14,551.68
Debt transferred to Van RU Corporation

18. Van RU Corporation
P. O. Box 1027   Skokie, IL 60076-8027
11745 W. Bradley Rd.    Milwaukee, WI 53224
Alternative/Private Credit Based Loan: $14,357.46
Debt transferred to NCO Financial Systems

19. NCO Financial Systems
P.O. Box 4929    Trenton, NJ 08650-4929
507 Prudential Road    Horsham, PA 19044 2308
Alternative/Private Credit Based Loan: $14,551.68

20. ED Fund California Student Aid
P.O. Box 419033    Rancho, Cordova, CA 95741
Alternative/Private Credit Based Loan: $18,500.00
Debt transferred to Education Credit Management Corporation

21. Education Credit Management Corporation
P.O. Box 64909    St. Paul, MN 55164 0909
Alternative/Private Credit Based Loan: $18,500.00

22. Windham Professionals
P.O. Box 400    East Aurora, NY 14052
380 Main  P.O. Box 1048    Salem, NH 03079 1048
Government Stafford Loans: $3,782.22

23. Progressive Financial Services, Inc.
1919 W. Fairmont    Suite 8    Tempe, AZ 85282
P. O. Box 24098    Tempe, AZ 85285
Alternative/Private Credit Based Loan: $16,118.29
Debt transferred to Credit Collection Service

24. Credit Collection Service
Two Wells Ave    Newton, MA 02459
Alternative/Private Credit Based Loan: $16,143.12

25. Zwicker & Associates
One Hundred Old River Road    Andover, MA 01810 1030
Alternative/Private Credit Based Loan Legal/Collection Fees: $1,281.90

26. Sun Trust   C/O Intuition
P.O. Box 53377    Jacksonville, FL 32201
Government Stafford Loans: $2,625.00 + $4000.00 = $6,625.00
Debt transferred to Nelnet Loan Services

27. Nelnet Loan Services
P.O. Box 53318    Jacksonville, FL 32201 3318
6420 Southpoint Parkway    Jacksonville, FL 32216
P.O. Box 2877    Omaha, NE 68103 2877
Government Stafford Loans: $3,137.28 + $5,711.98 = 8,849.26
Debt transferred to Diversified Collection Service

28. Florida Department of Education
P.O. Box 5380    Tallahassee, FL 32314
325 W. Gaines Street    Suite 1514    Tallahassee, FL 32399 0400
Government Stafford Loans: $8,654.78
Debt transferred to Diversified Collection Service

29. Diversified Collection Service
P.O. Box 9049    Pleasanton, CA 94566 9057
333 N. Canyons Parkway    Suite 100    Livermore, CA 94551
Government Stafford Loans: $8,654.78

**REASON FOR FILING CHAPTER 7 BANKRUPTCY**
30. Plaintiff, James Donald Davis Jr. was forced to file a chapter 7 bankruptcy due to a judgment and property seizure (State of Michigan 46th District Court case # G071847) filed by the law firm Goodman and Poeszat, PLLC. This law firm represented Bloomfield Financial Acceptance, LLC, collecting for Citibank Cards, a credit card in default. The property that would have been seized was the plaintiff's only vehicle.

**NATURE OF COMPLAINT**
31. Plaintiff, JAMES DONALD DAVIS JR. is asking the court to discharge the alternative/private credit status based student loans and the government student loans under 11 U.S.C. §523(a)(8) based on the undue hardship it

5

will impose on the plaintiff James Donald Davis Jr. from maintaining the minimum living standard if forced to pay the total student loans debts:

1. Total student loan debts equal to $335,206.75. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
2. Total student loan debts are to equal around $235,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
3. Total student loan debts are to equal around $135,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
4. Total student loan debts are to equal around $100,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
5. Total student loan debts are to equal around $75,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
6. Total student loan debts are to equal around $65,000.00. The adding other debts to allowable living expenses, if hardship conditions are met, then:
7. Total student loan debts are to equal around $55,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
8. Total student loan debts are to equal around $45,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
9. Total student loan debts are to equal around $35,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
10. Total student loan debts are to equal around $25,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
11. Total student loan debts are to equal around $15,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
12. Total student loan debts are to equal around $10,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:

13. Total student loan debts are to equal around $5,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
14. Total student loan debts are to equal around $1,000.00. Then adding other debts to allowable living expenses, if hardship conditions are met, then:
15. **Total student loan debts are completely discharged.**

32. **HARDSHIP CONDITION 1 – Plaintiff Currently Cannot Pay Off Total Student Loans Debts and Maintain the Minimum Living Standard**

Proven by the following Cause of Actions:

Count 1 – Minimum Living Standard
Count 5 – Poverty and Low Income Status for 2003 to 2012
Count 6 – Current Allowable Living Expenses
Count 7 – Minimization of Expenses
Count 8 – Current Assets and Debts
Count 9 – Maximization of Income
Count 10 – Current Budget Without Plaintiff's Student Loans
Count 11 – Current Budget With Plaintiff's Student Loans

33. **HARDSHIP CONDITION 2 – Plaintiff's Situation Will Persist Where Plaintiff Cannot Pay Off Total Student Loans Debts and Maintain the Minimum Living Standard**

Proven by the following Cause of Actions:

Count 1 – Minimum Living Standard
Count 2 – Current and Future Marketable Job Skills
Count 3 – Estimated Future Income Timeline
Count 4 – Estimated Future Allowable Expenses Timeline
Count 12 – Future Budget Without Plaintiff's Student Loans
Count 13 – Future Budget With Plaintiff's Student Loans
Count 15 – Employment Limitations Due To Chapter 7 Bankruptcy
Count 16 – Employment Advancement Limitations Due to Chapter 7 Bankruptcy
Count 17 – Reduction of Employment Opportunities Due to 11U.S.C. §525(b)
Count 18 – Reduction of Employment Opportunities and Advancement Due to Age

34. **HARDSHIP CONDITION 3 – Plaintiff's Loans Payments Good Faith Efforts**

Proven by the following Cause of Actions:

Count 5 – Poverty and Low Income Status from 2003 to 2012
Count 7 – Minimization of Expenses
Count 9 – Maximization of Income
Count 14 – History of Plaintiff's Student Loans Payments

7

**LISTING OF EVIDENCE TO BE FILED WITH COURT**

35. EXHIBIT 1 -   Copy of Tax Returns for 2003 to 2011
    a. 2003 tax returns
    b. 2004 tax returns
    c. 2005 tax returns
    d. 2006 tax returns
    e. 2007 tax returns
    f. 2008 tax returns
    g. 2009 tax returns
    h. 2010 tax returns
    i. 2011 tax returns
36. EXHIBIT 2 -   Bank Account History
    a. Checking account transactions for 2010 to 2012
    b. Savings account transactions for 2010 to 2012
37. EXHIBIT 3 -   Copy of Social Security Administration Wage Report
38. EXHIBIT 4 -   History of Student Loan Payments
    a. Table of Student Loan Payments
    b. Copy of IRS Tax Refund Offset Statements
    c. Copy of Account Statements Confirming 2010 Tax Refund Offset
    d. Deferments and Forbearances
39. EXHIBIT 5 -   Copy of Account Statements Confirming Student Loans Type
40. EXHIBIT 6 -   Copy of Trico Corporation Rescinded Job Offer
41. EXHIBIT 7 -   List of Spouse Debts Accounts
42. EXHIBIT 8 -   Copy of Chapter 7 Bankruptcy Schedules
    a. Schedule B
    b. Schedule C
    c. Schedule D
    d. Schedule E
    e. Schedule I
    f. Schedule J
43. EXHIBIT 9 - Employment History
    a. Employment History
    b. Job Search History
    c. Maximization of Income History
44. EXHIBIT 10 - Federal and State of Michigan Government Statistical Data
    a. Labor Statistics for Unemployment Based on Age
    b. Poverty Statistics
    c. Poverty Guideline Facts

d. Low Income Standard
    e. Minimum Wage Income Standards
    f. Chapter 7 Income Means Test Standard and
    g. IRS Allowable Expenses
    h. Life Span Statistics
    i. Reports on Bankruptcy Effect on Employment
45. EXHIBIT 11 - Copy of Death Certificates and Divorce Certificate
    a. Family Death Certificates
    b. Divorce Certificate
46. EXHIBIT 12 - Copy of Household Budgets, Debts, and Expenses
    a. Current Household Expenses
    b. Current Household Debts
    c. Current Household Assets
    d. Current Household Budget Without Student Loans Debts
    e. Current Household Budget With Student Loans Debts
    f. Future Household Expenses
    g. Estimated Future Household Budget Without Student Loans Debts
    h. Estimated Future Household Budget With Student Loans Debts
47. EXHIBIT 13 - Cited Legal Cases
    a. Legal Cases Specific to Each Cause of Actions Count
    b. Legal Cases Specific to Hardship Condition 1
    c. Legal Cases Specific to Hardship Condition 2
    d. Legal Cases Specific to Hardship Condition 3
    e. Legal Cases Specific to Prayer for Relief

**CALCULATION OF TOTAL STUDENT LOAN DEBTS AS REPORTED ON CHAPTER 7 DOCUMENTS**
48. The total student loan debts of $335,206.75 are based on the originators, legal agencies, and collection agencies last account statements received; the maximum principal amounts, interests, penalties, secondary debt market purchase fees, law firms' fees, and collection agencies' fees.

**ORIGINAL LOANS - EVERGLADES COLLEGE EDUCATION PROGRAM**
49. The original student loan debt for an Associates of Science in Professional Aviation:
SunTrust Bank is lender and TERI as Guarantor = $40,000.00 in alternative/private loan
Stafford Federal Subsidized Loan through Nelnet = $2,000.00

9

Stafford Federal Unsubsidized Loan through Nelnet = $2,000.00

**ORIGINAL LOAN - UNIVERSITY OF PHOENIX EDUCATION PROGRAM**

50. The original student loan debt for an MBA-Accounting Concentration degree:
Citibank is lender and ED Fund as Guarantor = $9,525.23 in alternative/private loan

**BACKGROUND**

51. Plaintiff, from here on refers to JAMES DONALD DAVIS JR.
52. Plaintiff sought to pursue an education to qualify for engineering executive positions in the aviation industry. The positions of interest required an electrical engineering degree, masters of business administration, an instrument pilot's license, and engineering sales/account management experience.
53. Plaintiff received an electrical engineering degree in 1984 without any student loans. Plaintiff worked as an electrical engineer from 1985 - 1994. Plaintiff worked as an engineering sales/account manager from 1997 - 2001
54. Plaintiff was accepted into the masters of business administration-accounting concentration program in 1998 at the University of Phoenix. Plaintiff was accepted into the associate degree program in professional aviation at Everglades College in 2000. Everglades College became Everglades University.
55. Plaintiff acquired the student loans in 2000 with a taxable income of $73,901.00 that increased to a taxable income of $80,400.00 in 2001.
56. Plaintiff did not complete education programs due to:
1. Job layoffs, divorce, and family deaths.
2. Everglades University no longer offers the Associates of Science in Professional Aviation.
57. Plaintiff was laid off from engineering sales/account management job in 2001.
58. Plaintiff successfully interviewed and accepted a job offer with a starting salary of $85,000.00 in 2003 from Trico Corporation as an engineering sales/account manager. Trico Corporation mysteriously rescinded the position the week the Plaintiff was to start employment with Trico Corporation in 2003.
59. Plaintiff sought engineering related positions from 2003 - present. Plaintiff was unsuccessful in securing a job in or related to his profession.

60. Plaintiff sought and found employment outside his profession. Plaintiff tried unsuccessfully to increase incomes while employed at these jobs outside his profession.

61. Plaintiff, after 2003, sought training funds with State of Michigan "No Worker Left Behind" Program and was told funding was cut.

62. Plaintiff, in 2011, applied for the free tuition program at Lawrence Technological University for a Graduate Certificate in Manufacturing Engineering for Defense Industry and was told funding was cut.

63. Plaintiff ran for the office of Michigan State Senator and lost in 2006.

64. Plaintiff created economic design models to pursue entrepreneurial opportunities, but nothing monetary availed.

65. Plaintiff is currently unemployed and is seeking employment.

## COMMON EXHIBIT TO ALL CAUSE OF ACTIONS

66. EXHIBIT 13 - Cited Legal Cases

## CAUSE OF ACTIONS

### COUNT 1 - MINIMUM LIVING STANDARD

67. Requirements for minimum living standard for plaintiff based on bankruptcy courts requirements for shelter, utilities, food and personal hygiene products, vehicles, insurances, and recreation.

68. Debtor is not required to live in abject poverty, but must make lifestyle adjustments, if necessary, to minimize expenses and maximize income.

69. **EVIDENCE FOR COUNT 1:**

EXHIBIT 1 -   Copy of Tax Returns
EXHIBIT 2 -   Bank Account History
EXHIBIT 8 -   Copy of Chapter 7 Bankruptcy Schedules
EXHIBIT 10 - Federal and State of Michigan Government Statistical Data
EXHIBIT 12 - Copy of Household Budgets, Debts, and Expenses

### COUNT 2 - CURRENT AND FUTURE MARKETABLE JOB SKILLS

70. Plaintiff's current and future marketable skills have a limited earning range that will not be enough to pay off the total student loan debts and maintain the minimum living standard.

71. Plaintiff did not finish the MBA-Accounting program and the Associates degree in Professional Aviation program.

72. **EVIDENCE FOR COUNT 2:**

11

EXHIBIT 1 -   Copy of Tax Returns
EXHIBIT 3 -   Copy of Social Security Administration Wage Report
EXHIBIT 6 -   Copy of Trico Corporation Rescinded Job Offer
EXHIBIT 9 -   Employment History
EXHIBIT 10 -  Federal and State of Michigan Government Statistical Data
EXHIBIT 12 -  Copy of Household Budgets, Debts, and Expenses

### COUNT 3 - ESTIMATED FUTURE INCOME TIMELINE

73. The plaintiff's estimated future household income for the life span of the plaintiff will be limited to or below low income standards.

74. **EVIDENCE FOR COUNT 3:**

EXHIBIT 1 -   Copy of Tax Returns
EXHIBIT 3 -   Copy of Social Security Administration Wage Report
EXHIBIT 9 -   Employment History
EXHIBIT 10 -  Federal and State of Michigan Government Statistical Data
EXHIBIT 12 -  Copy of Household Budgets, Debts, and Expenses

### COUNT 4 - ESTIMATED FUTURE ALLOWABLE EXPENSES TIMELINE

75. The plaintiff will show the estimated future allowable expenses are within the boundaries for the minimum standard living for the plaintiff's life span.

76. **EVIDENCE FOR COUNT 4:**

EXHIBIT 7 -   List of Spouse Debts Accounts
EXHIBIT 8 -   Copy of Chapter 7 Bankruptcy Schedules
EXHIBIT 9 -   Employment History
EXHIBIT 10 -  Federal and State of Michigan Government Statistical Data
EXHIBIT 12 -  Copy of Household Budgets, Debts, and Expenses

### COUNT 5 - POVERTY AND LOW INCOME STATUS FROM 2003 TO 2012

77. Plaintiff will show when earnings during 2003 to 2012 were at the poverty to low income level.

78. **EVIDENCE FOR COUNT 5:**

EXHIBIT 1 -   Copy of Tax Returns
EXHIBIT 3 -   Copy of Social Security Administration Wage Report
EXHIBIT 9 -   Employment History
EXHIBIT 10 -  Federal and State of Michigan Government Statistical Data

### COUNT 6 - CURRENT ALLOWABLE LIVING EXPENSES

79. Plaintiff's current expenses are within the boundaries of the allowable living expenses for the minimum living standard.

80. **EVIDENCE FOR COUNT 6:**

EXHIBIT 1 -   Copy of Tax Returns
EXHIBIT 2 -   Bank Accounts History
EXHIBIT 3 -   Copy of Social Security Administration Wage Report
EXHIBIT 7 -   List of Spouse Debts Accounts
EXHIBIT 8 -   Copy of Chapter 7 Bankruptcy Schedules
EXHIBIT 10 -  Federal and State of Michigan Government Statistical Data
EXHIBIT 12 -  Copy of Household Budgets, Debts, and Expenses

### COUNT 7 - MINIMIZATION OF EXPENSES

81. Plaintiff has minimized expenses not necessary to maintain the minimum living standard. Plaintiff and has been living a very frugal life.

82. **EVIDENCE FOR COUNT 7:**

EXHIBIT 8 -   Copy of Chapter 7 Bankruptcy Schedules
EXHIBIT 10 -  Federal and State of Michigan Government Statistical Data
EXHIBIT 12 -  Copy of Household Budgets, Debts, and Expenses

### COUNT 8 - CURRENT ASSETS AND DEBTS

83. Plaintiff's household assets show a very frugal existence. Plaintiff's household total debts after chapter 7 bankruptcy are substantial.

84. **EVIDENCE FOR COUNT 8:**

EXHIBIT 1 -   Copy of Tax Returns
EXHIBIT 2 -   Bank Accounts History
EXHIBIT 3 -   Copy of Social Security Administration Wage Report
EXHIBIT 4 -   History of Student Loan Payments
EXHIBIT 5 -   Copy of Account Statements Confirming Student Loans Type
EXHIBIT 7 -   List of Spouse Debts Accounts
EXHIBIT 8 -   Copy of Chapter 7 Bankruptcy Schedules

### COUNT 9 - MAXIMIZATION OF INCOME

85. Plaintiff will show focused actions to maximize income by seeking better paying employment, trying to increase income with employer, and trying to improve marketable job skills.

86. **EVIDENCE FOR COUNT 9:**

EXHIBIT 1 -   Copy of Tax Returns
EXHIBIT 3 -   Copy of Social Security Administration Wage Report

13

EXHIBIT 6 - Copy of Trico Corporation Rescinded Job Offer
EXHIBIT 9 - Employment History

### COUNT 10 - CURRENT BUDGET WITHOUT PLAINTIFF'S STUDENT LOAN DEBTS

87. Plaintiff will show the current household budget for maintaining the minimum living standard with a deficit that does not include payments on the total student loans debts.

88. **EVIDENCE FOR COUNT 10:**
EXHIBIT 1 - Copy of Tax Returns
EXHIBIT 2 - Bank Accounts History
EXHIBIT 7 - List of Spouse Debts Accounts
EXHIBIT 8 - Copy of Chapter 7 Bankruptcy Schedules
EXHIBIT 12 - Copy of Household Budgets, Debts, and Expenses

### COUNT 11 - CURRENT BUDGET WITH PLAINTIFF'S STUDENT LOAN DEBTS

89. Plaintiff will show what the current household budget for maintaining the minimum living standard and what the deficit will look like when considering different payment plans to pay off the total student loans debts.

90. **EVIDENCE FOR COUNT 11:**
EXHIBIT 1 - Copy of Tax Returns
EXHIBIT 2 - Bank Accounts History
EXHIBIT 7 - List of Spouse Debts Accounts
EXHIBIT 8 - Copy of Chapter 7 Bankruptcy Schedules
EXHIBIT 12 - Copy of Household Budgets, Debts, and Expenses

### COUNT 12 - FUTURE BUDGET WITHOUT PLAINTIFF'S STUDENT LOAN DEBTS

91. Plaintiff will show the estimated future household budget for maintaining the minimum living standard without payments on the total student loans debts.

92. **EVIDENCE FOR COUNT 12:**
EXHIBIT 1 - Copy of Tax Returns
EXHIBIT 7 - List of Spouse Debts Accounts
EXHIBIT 8 - Copy of Chapter 7 Bankruptcy Schedules
EXHIBIT 9 - Employment History
EXHIBIT 10 - Federal and State of Michigan Government Statistical Data
EXHIBIT 12 - Copy of Household Budgets, Debts, and Expenses

## COUNT 13 - FUTURE BUDGET WITH PLAINTIFF'S STUDENT LOAN DEBTS

93. Plaintiff will show the estimated future household budget for maintaining the minimum living standard will look like when considering different payment plans to pay off the total student loans debts.

94. **EVIDENCE FOR COUNT 13:**

EXHIBIT 1 -  Copy of Tax Returns
EXHIBIT 7 -  List of Spouse Debts Accounts
EXHIBIT 8 -  Copy of Chapter 7 Bankruptcy Schedules
EXHIBIT 9 - Employment History
EXHIBIT 10 - Federal and State of Michigan Government Statistical Data
EXHIBIT 12 - Copy of Household Budgets, Debts, and Expenses

## COUNT 14 - HISTORY OF PLAINTIFF'S STUDENT LOAN PAYMENTS

95. Plaintiff will show the history of payments made on the student loan debts. The position is payments made from earned income, regardless of its source (i.e. checking accounts, debit cards, tax refunds, etc.) are still payments made from the financial resources of the debtor to satisfy the creditor.

96. **EVIDENCE FOR COUNT 14:**

EXHIBIT 1 -  Copy of Tax Return
EXHIBIT 3 -  Copy of Social Security Administration Wage Report
EXHIBIT 4 -  History of Student Loan Payments
EXHIBIT 5 -  Copy of Account Statements Confirming Student Loans Type
EXHIBIT 6 -  Copy of Trico Corporation Rescinded Job Offer
EXHIBIT 8 -  Copy of Chapter 7 Bankruptcy Schedules
EXHIBIT 9 -  Employment History
EXHIBIT 10 - Federal and State of Michigan Government Statistical Data
EXHIBIT 11 - Copy of Death Certificates and Divorce Certificate

## COUNT 15 - EMPLOYMENT LIMITATIONS DUE TO CHAPTER 7 BANKRUPTCY

97. Plaintiff's opportunities for employment associated with money matters, credit, financial accounts, and management positions managing operating budgets will be minimized across employment industries and eliminated in certain areas of employment.

98. **EVIDENCE FOR COUNT 15:**

EXHIBIT 9 - Employment History
EXHIBIT 10 - Supporting U.S. and State of Michigan Government Statistical Data

## COUNT 16 - EMPLOYMENT ADVANCEMENT LIMITATIONS DUE TO CHAPTER 7 BANKRUPTCY

99. Advancement opportunities where management of operating budgets will be very limited within both the federal government and private company areas of employment. This reduces the opportunities to maximize income.

100. **EVIDENCE FOR COUNT 16:**

EXHIBIT 9 - Employment History

EXHIBIT 10 - Federal and State of Michigan Government Statistical Data

## COUNT 17 - REDUCTION OF EMPLOYMENT OPPORTUNITIES DUE TO 11U.S.C. §525(B)

101. This federal law protects a standing employee from being dismissed or being disqualified for positions due to having file for bankruptcy.
This federal law does not protect perspective job candidates from being denied employment by private companies due to having a bankruptcy on record.

102. **EVIDENCE FOR COUNT 17:**

EXHIBIT 9 - Employment History

EXHIBIT 10 - Federal and State of Michigan Government Statistical Data

## COUNT 18 - REDUCTION OF EMPLOYMENT OPPORTUNITIES AND ADVANCEMENT DUE TO AGE

103. The population of American citizens age 50 and over are at its highest ever in U.S history. Age discrimination like other forms of discrimination is a factual reality in the job market and other areas of American society.

104. **EVIDENCE FOR COUNT 18:**

EXHIBIT 9 - Employment History and Job Search History

EXHIBIT 10 - Federal and State of Michigan Government Statistical Data

## PRAYER FOR RELIEF

105. Plaintiff, James Donald Davis Jr. pleas the court's help for a fresh start by determining the discharge of the student loans debts from evaluating and deciding the appropriate total student loans debts ($335,206.75 to $0.00) applicable to his present and future financial resources.

_[Signature]_

_April 30, 2012_